# CIVIL COVER SHEET

**CV17- 3517** 

JS 44 (Rev. 1/2013)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RAMON ORTIZ, individually and on behalf of all others similarly situated,

**(b)** County of Residence of First Listed Plaintiff  NASSAU
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375 (718) 263-9591

## DEFENDANTS
TURN KEY CONTRACTOR SOLUTIONS, LLC, and CODY LAWRENCE, as an individual

**FEUERSTEIN, J.**

County of Residence of First Listed Defendant  SUFFOLK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**TOMLINSON, M.J.**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane / ☐ 315 Airplane Product Liability / ☐ 320 Assault, Libel & Slander / ☐ 330 Federal Employers' Liability / ☐ 340 Marine / ☐ 345 Marine Product Liability / ☐ 350 Motor Vehicle / ☐ 355 Motor Vehicle Product Liability / ☐ 360 Other Personal Injury / ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** — ☐ 365 Personal Injury - Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 / ☐ 690 Other | ☐ 422 Appeal 28 USC 158 / ☐ 423 Withdrawal 28 USC 157 | ☐ 375 False Claims Act / ☐ 400 State Reapportionment / ☐ 410 Antitrust / ☐ 430 Banks and Banking / ☐ 450 Commerce / ☐ 460 Deportation / ☐ 470 Racketeer Influenced and Corrupt Organizations / ☐ 480 Consumer Credit / ☐ 490 Cable/Sat TV |
| ☐ 120 Marine |  |  |  |  |
| ☐ 130 Miller Act |  |  |  |  |
| ☐ 140 Negotiable Instrument |  |  |  |  |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  | **PROPERTY RIGHTS** — ☐ 820 Copyrights / ☐ 830 Patent / ☐ 840 Trademark |  |
| ☐ 151 Medicare Act |  |  |  |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |  |  |  |  |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | **PERSONAL PROPERTY** — ☐ 370 Other Fraud / ☐ 371 Truth in Lending / ☐ 380 Other Personal Property Damage / ☐ 385 Property Damage Product Liability | **LABOR** — ☒ 710 Fair Labor Standards Act / ☐ 720 Labor/Management Relations / ☐ 740 Railway Labor Act / ☐ 751 Family and Medical Leave Act / ☐ 790 Other Labor Litigation / ☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** — ☐ 861 HIA (1395ff) / ☐ 862 Black Lung (923) / ☐ 863 DIWC/DIWW (405(g)) / ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/Exchange / ☐ 890 Other Statutory Actions / ☐ 891 Agricultural Acts / ☐ 893 Environmental Matters / ☐ 895 Freedom of Information Act / ☐ 896 Arbitration |
| ☐ 160 Stockholders' Suits |  |  |  |  |
| ☐ 190 Other Contract |  |  |  |  |
| ☐ 195 Contract Product Liability |  |  |  |  |
| ☐ 196 Franchise |  |  |  |  |
| **REAL PROPERTY** — ☐ 210 Land Condemnation / ☐ 220 Foreclosure / ☐ 230 Rent Lease & Ejectment / ☐ 240 Torts to Land / ☐ 245 Tort Product Liability / ☐ 290 All Other Real Property | **CIVIL RIGHTS** — ☐ 440 Other Civil Rights / ☐ 441 Voting / ☐ 442 Employment / ☐ 443 Housing/Accommodations / ☐ 445 Amer. w/Disabilities - Employment / ☐ 446 Amer. w/Disabilities - Other / ☐ 448 Education | **PRISONER PETITIONS** — Habeas Corpus: ☐ 463 Alien Detainee / ☐ 510 Motions to Vacate Sentence / ☐ 530 General / ☐ 535 Death Penalty — Other: ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement |  | **FEDERAL TAX SUITS** — ☐ 870 Taxes (U.S. Plaintiff or Defendant) / ☐ 871 IRS—Third Party 26 USC 7609 — **IMMIGRATION** — ☐ 462 Naturalization Application / ☐ 465 Other Immigration Actions | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision / ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Labor Standards Act
Brief description of cause:
Compensation for unpaid overtime wages

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE 6/2/17
SIGNATURE OF ATTORNEY OF RECORD

2017 JUN 2 PM 2:42

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

4653115996

# CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.10 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

- ☐ monetary damages sought are in excess of $150,000, exclusive of interest and costs,
- ☐ the complaint seeks injunctive relief,
- ☐ the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County: NO

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? YES

b) Did the events of omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? YES

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?_____
(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☒ Yes ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes (If yes, please explain) ☒ No

Attorney Bar Code: RA5508

I certify the accuracy of all information provided above.

Signature: _____